# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VICTOR LaSAXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-249-M |
| | ) | |
| HEALTH CARE SERVICES CORPORATION | ) | |
| d/b/a BLUE CROSS AND BLUE SHIELD | ) | |
| OF OKLAHOMA FEDERAL EMPLOYEE | ) | |
| PROGRAM PPO; BLUE CROSS AND BLUE | ) | |
| SHIELD OF OKLAHOMA d/b/a FEDERAL | ) | |
| EMPLOYEE PROGRAM PPO; GROUP | ) | |
| HEALTH SERVICE OF OKLAHOMA, INC. | ) | |
| d/b/a FEDERAL EMPLOYEE PROGRAM PPO; | ) | |
| REGENCE BLUE CROSS BLUE SHIELD | ) | |
| OF OREGON d/b/a BOEING TRADITIONAL | ) | |
| MEDICAL PLAN PPO; ROBERT TIBBS, | ) | |
| M.D.; NEUROSCIENCE SPECIALISTS, PC; | ) | |
| UNITED STATES CENTERS FOR MEDICARE | ) | |
| AND MEDICAID SERVICES; PGBA, LLC | ) | |
| d/b/a HUMANA MILITARY HEALTHCARE | ) | |
| SERVICES TRICARE SOUTH REGION, and | ) | |
| UNITED STATES DEPARTMENT OF THE | ) | |
| AIR FORCE, | ) | |
| | ) | |
| Defendants. | ) | |

## PROTECTIVE ORDER

On this 12th day of August, 2010, the Court, being fully advised in the premises, hereby finds that:

1. The Plaintiffs' settlement, medical, and financial records are hereinafter called Confidential Documents.

2. It is further ordered:

    (a) The Confidential Documents are for counsel's use only. For purposes of this Order, the term "counsel" shall include and shall be limited to members and associate attorneys of

the law firms representing the parties in this litigation, as well as employees of those firms who actually performed services in connection with this litigation, including their expert witnesses and consultants.

(b) Counsel described in paragraph 2(a) hereof shall not hereafter, without the prior modification of this Order: (1) disclose to any other persons the Confidential Documents or any information contained therein other than those listed in paragraph 2(a) above; (2) permit any other person to have access to or copies of all or any portion of the Confidential Documents or any information contained therein other than those listed in paragraph 2(a) above; or (3) use the Confidential Documents or any information contained therein for any purpose other than to assist in the litigation, except to offer such documents into evidence in proceedings before this Court.

(c) If used hereafter in litigation, the Confidential Documents and any testimony relating to them will be sealed in an opaque envelope clearly marked with the caption and case number and clearly marked with the word "CONFIDENTIAL," and stating the date this order was entered and the name of the judge entering this order. If filed in this case, the filing shall be in accordance with local rules regarding the filing of confidential documents.

3. In any dispute arising under this Order, the party aggrieved may apply for further orders upon such notice as may be appropriate under the circumstances.

4. The terms of this Order shall survive and remain in full force and effect after the termination of this lawsuit.

**IT IS SO ORDERED this 12th day of August, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE